# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>v.<br>CORNELIO CHAVEZ-SANCHEZ,<br>　　　　　　　　　　Defendant. | Case No.: 22-cr-2428-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On December 6, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for December 9, 2022, to January 20, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 19] and sets the Motion Hearing/Trial Setting on January 20, 2023, at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On November 17, 2022, a plea agreement was lodged before the Court, and a change of plea hearing is set for December 8, 2022.

//
//
//
//

| | |
|---|---|
| 1 | Accordingly, the Court finds that time from December 9, 2022, to January 20, 2023, |
| 2 | shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A). |
| 3 | IT IS SO ORDERED. |
| 4 | Dated: 12/9/22 |

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE